B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

District of Utah

*FILED IN THE UNITED STATES BANKRUPTCY COURT 2015 FEB -5 PM 12: 45 DISTRICT OF UTAH*

In re  Kenny & Dawn Fuit ,
Debtor

Case No. 10-36495

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Utah Housing Corp

**Court claim no. (if known):** _____

**Last four digits** of any number you use to identify the debtor's account:  0 9 0 3

**Date of payment change:**  03/01/15
Must be at least 21 days after date of this notice   mm/dd/yyyy

**New total payment:**  $ 931.84
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
☐ No
☑ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 218.26     New escrow payment: $ 220.48

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
☑ No
☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%     New interest rate: _____%

Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
☑ No
☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $ _____     New mortgage payment: $ _____



B 10 (Supplement 1) (12/11)                                                                                           Page 2

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.      ☐ I am the creditor's authorized agent.
                        (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X  _Shannon Tripp_                                      Date  _2/4/14_
   Signature                                                  mm/dd/yyyy

**Print:**   Shannon Tripp                                    Title  Bankruptcy Specialist
             First Name    Middle Name    Last Name

**Company**  Utah Housing Corp

**Address**  2479 South Lake Park Blvd
             Number         Street

             West Valley City, UT  84120
             City                   State    ZIP Code

**Contact phone**  (801) 902-8436                             **Email**  shtripp@uthc.org

## CERTIFICATE OF SERVICE
## BY MAIL, OTHER

I hereby certify that on the 5th day of February, 2015, I caused to be served a true and correct copy of the foregoing, **NOTICE OF MORTGAGE PAYMENT CHANGE**, as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid, addressed to:

*Debtor*
**Kenny J Fuit**
**Dawn Marie Fuit**
5173 S 3025 W
Roy, UT 84067

*Trustee*
**Kevin R. Anderson**
405 South Main Street
Suite 600
Salt Lake City, UT 84111
*(hand delivered)*

**Theron D. Morrison**
290 25th Street, Ste 102
Ogden, UT 84401
*Attorneys for debtor(s)*

Shannon Tripp
Utah Housing Corp

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

2479 South Lake Park Blvd
West Valley City, UT 84120

Analysis Date: 12/31/14
Loan Number: 0000753440

001117

KENNY J FUIT
DAWN FUIT
5173 S 3025 W
ROY            UT 84067

Mortgagor Name: KENNY J FUIT
Co-mortgagor Name: DAWN FUIT

Customer Service: 801-902-8250 (local)
800-344-0452 (toll-free)

Online Account Access: www.utahhousingcorp.org

Each year UHC reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay your property taxes, FHA MIP insurance and homeowner's insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

1. **What is the amount of my new monthly payment starting March 01, 2015?**

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $707.57 | $707.57 | $0.00 |
| Escrow | 218.26 | 220.48 | 2.22 |
| Shortage/Surplus | 4.17 | 3.79 | -0.38 |
| Total Payment | $930.00 | $931.84 | $1.84 |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled for submission in March to reflect the new payment listed above. If you are currently set up on ACH draft with UHC, this new amount will automatically take effect with your March draft.

2. **What are the most common reasons that my escrow payment may change from year to year?**

   A. **Increases or Decreases in Amounts Billed** – the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, FHA MIP insurance, and homeowner's insurance premiums. The information below compares the amounts UHC expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| COUNTY TAX | $1,380.08 | $1,411.92 | $31.84 |
| HOMEOWNERS I | $733.47 | $741.63 | $8.16 |
| RISK BASED I | $505.56 | $492.24 | -$13.32 |
| Total Annual Escrow Payments | $2,619.11 | $2,645.79 | $26.68 |
| Monthly Escrow Payments | $218.26 | $220.48 | $2.22 |

   B. **Repayment of Escrow Shortage or Surplus** - According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $179.46 in November. This means you have a *shortage* of $45.52 in your escrow account.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Shortage |
|---|---|---|---|---|
| $133.94 | minus | $179.46 | equals | ($45.52) |

---

**Please write your loan number on your check and mail this portion with your payment.**



**ESCROW SHORTAGE COUPON**

Loan Number: 0000753440

**Name:** KENNY J FUIT
DAWN FUIT

**Shortage Amount: $45.52**

You have the following options to repay your Escrow Shortage:

A. **Do Nothing** – The total shortage has been divided over 12 months and $3.79 will automatically be added to your monthly payment beginning March 01, 2015.

B. **Repay the Escrow Shortage in Full** – Please submit a check in the amount of $45.52 along with this coupon to the address listed. Your new monthly payment will be $928.05 once the full escrow shortage is paid in full.

Utah Housing Corp
2479 South Lake Park Blvd
West Valley City, UT 84120

Amount Enclosed $_____

## COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements.

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Total Balance | Minimum Required | Difference |
|---|---|---|---|---|---|---|
|  | Beginning Balance |  |  | $672.35 |  |  |
| March | RISK BASED I | 220.48 | 41.02 | 851.81 | 179.46 | 672.35 |
| April | RISK BASED I | 220.48 | 41.02 | 1,031.27 | 179.46 | 851.81 |
| May | RISK BASED I | 220.48 | 41.02 | 1,210.73 | 179.46 | 1,031.27 |
| June | RISK BASED I | 220.48 | 41.02 | 1,390.19 | 179.46 | 1,210.73 |
| June | HOMEOWNERS I | 0.00 | 741.63 | 648.56 | 179.46 | 469.10 |
| July | RISK BASED I | 220.48 | 41.02 | 828.02 | 179.46 | 648.56 |
| August | RISK BASED I | 220.48 | 41.02 | 1,007.48 | 179.46 | 828.02 |
| September | RISK BASED I | 220.48 | 41.02 | 1,186.94 | 179.46 | 1,007.48 |
| October | RISK BASED I | 220.48 | 41.02 | 1,366.40 | 179.46 | 1,186.94 |
| November | RISK BASED I | 220.48 | 41.02 | 1,545.86 | 179.46 | 1,366.40 |
| November | COUNTY TAX | 0.00 | 1,411.92 | 133.94 | 179.46 | -45.52 ** |
| December | RISK BASED I | 220.48 | 41.02 | 313.40 | 179.46 | 133.94 |
| January | RISK BASED I | 220.48 | 41.02 | 492.86 | 179.46 | 313.40 |
| February | RISK BASED I | 220.48 | 41.02 | 672.32 | 179.46 | 492.86 |

**Low Balance used to determine escrow overage or shortage.
Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account; however, UHC only holds a one month cushion. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance |  |  |  |  | $433.30 |
| March | RISK BASED I | 218.26 | 221.23 * | 42.13 | 0.00 * | 654.53 |
| March | RISK BASED I | 0.00 | 0.00 | 0.00 | 42.13 * | 612.40 |
| April | RISK BASED I | 218.26 | 222.43 * | 42.13 | 0.00 * | 834.83 |
| April | RISK BASED I | 0.00 | 0.00 | 0.00 | 42.13 * | 792.70 |
| May | RISK BASED I | 218.26 | 222.43 * | 42.13 | 0.00 * | 1,015.13 |
| May | RISK BASED I | 0.00 | 0.00 | 0.00 | 42.13 * | 973.00 |
| May | HOMEOWNERS I | 0.00 | 0.00 | 0.00 | 741.63 * | 231.37 |
| June | RISK BASED I | 218.26 | 444.86 * | 42.13 | 0.00 * | 676.23 |
| June | HOMEOWNERS I | 0.00 | 0.00 | 733.47 | 0.00 * | 676.23 |
| June | RISK BASED I | 0.00 | 0.00 | 0.00 | 42.13 * | 634.10 |
| July | RISK BASED I | 218.26 | 222.43 * | 42.13 | 42.13 | 814.40 |
| August | RISK BASED I | 218.26 | 222.43 * | 42.13 | 0.00 * | 1,036.83 |
| August | RISK BASED I | 0.00 | 0.00 | 0.00 | 41.02 * | 995.81 |
| September | RISK BASED I | 218.26 | 222.43 * | 42.13 | 0.00 * | 1,218.24 |
| September | RISK BASED I | 0.00 | 0.00 | 0.00 | 41.02 * | 1,177.22 |
| October | RISK BASED I | 218.26 | 222.43 * | 42.13 | 0.00 * | 1,399.65 |
| October | RISK BASED I | 0.00 | 0.00 | 0.00 | 41.02 * | 1,358.63 |
| November | RISK BASED I | 218.26 | 222.43 * | 42.13 | 0.00 * | 1,581.06 |
| November | COUNTY TAX | 0.00 | 0.00 | 1,380.08 | 1,411.92 * | 169.14 |
| November | RISK BASED I | 0.00 | 0.00 | 0.00 | 41.02 * | 128.12 |
| December | RISK BASED I | 218.26 | 222.43 * | 42.13 | 0.00 * | 350.55 |
| December | RISK BASED I | 0.00 | 0.00 | 0.00 | 41.02 * | 309.53 |
| January | RISK BASED I | 218.26 | 222.43 E | 42.13 | 41.02 E | 490.94 |
| February | RISK BASED I | 218.26 | 222.43 E | 42.13 | 41.02 E | 672.35 |

### ANNUAL FHA DISCLOSURE NOTICE TO MORTGAGOR

<u>Effective for loans closed on or after January 1, 2001</u> – FHA's annual mortgage insurance premium (MIP) will be cancelled automatically once the unpaid principal balance, excluding the up-front mortgage insurance premium, reaches 78% of the lesser of either the initial sales price or appraised value based on the amortization schedule at loan origination provided that, except for 15 year mortgages, at least five years of annual mortgage insurance premiums have been paid. This applies only to loans insured under the Mutual Mortgage Insurance (MMI) fund.

FHA will determine when the mortgage reaches the amortized loan-to-value ratio of 78% and will cease billing the servicing lender accordingly. You may request through your lender that the annual mortgage insurance premium be cancelled if your mortgage loan has reached the 78% threshold in advance due to principal pre-payments, provided you have not been more than 30 days delinquent on the mortgage payments during the previous 12 months and five years of mortgage insurance premiums have been paid.